```
 1 | NOSSAMAN LLP
   | DAVID C. LEE (SBN 193743)
 2 | dlee@nossaman.com
   | ALEXANDER WESTERFIELD (SBN 295676)
 3 | awesterfield@nossaman.com
 4 | ELIZABETH KEY (SBN 323544)
   | ekey@nossaman.com
 5 | 50 California Street, 34th Floor
   | San Francisco, CA 94111
 6 | Telephone:  415.398.3600
 7 | Facsimile:   415.398.2438
 8 | Attorneys for Petitioners IMMIGRANT LEGAL
   | RESOURCE CENTER; FREEDOM FOR
 9 | IMMIGRANTS
10 |
11 |
12 |
13 |                UNITED STATES DISTRICT COURT
14 |                EASTERN DISTRICT OF CALIFORNIA
15 | IMMIGRANT LEGAL RESOURCE       | Case No:  20-at-489
   | CENTER FREEDOM FOR             |
16 | IMMIGRANTS,                    | [PROPOSED] ORDER GRANTING
17 |         Petitioners,           | EX PARTE MOTION FOR
   |                                | TEMPORARY RESTRAINING
18 |   vs.                          | ORDER & ORDER TO SHOW
   |                                | CAUSE
19 | CITY OF MCFARLAND;             |
   | MCFARLAND PLANNING             |
20 | COMMISSION,                    |
21 |         Respondents,           |
22 | THE GEO GROUP, INC.,           |
23 |         Real Party in Interest.|
24 |
25 |
26 |
27 |
28 |
                                                       Case No. 20-at-489
   [PROPOSED] ORDER GRANTING EX PARTE MOTION FOR TEMPORARY
            RESTRAINING ORDER & ORDER TO SHOW CAUSE
57537234.v1
```

This matter is before the Court on Petitioners Immigrant Legal Resource Center and Freedom for Immigrant's Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause.

After reviewing and considering the moving and opposing papers, and having heard and considered oral argument, and good cause appearing therefor, this Court, at _____ a.m./p.m. on July _____, 2020 orders as follows:

## ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER GRANTED

### 1. ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that the hearing on this Order to Show Cause is set for _____ a.m./p.m. on _____, 2020, or as soon thereafter as the matter may be heard in this Court.

The City of McFarland and City of McFarland Planning Commission ARE HEREBY ORDERED TO SHOW CAUSE why they should not be restrained and enjoined for the remainder of this litigation from taking any action to issue, execute, or make effective the modifications to Conditional Use Permits 01-96 and 02-96 approved by the City Council on April 23, 2020 in which the following text was approved for both conditional use permits: "The facility may house Federal inmates and detainees, both male and/or female."

Real Party in Interest Geo Group, Inc. ("GEO") IS HEREBY ORDERED TO SHOW CAUSE why GEO, GEO's employees, agents, assigns, and any other persons acting on GEO's behalf, should not be restrained and enjoined for the remainder of this litigation from transferring any detainee into or out of, or accepting any transfer of any detainee into or out of, or housing any detainee at, the Central Valley Modified Community Correctional Facility or the Golden State Modified Community Correctional Facility in reliance on the modifications to Conditional Use Permits 01-96 and 02-96 approved by the City Council on April

23, 2020 in which the following text was approved for both conditional use permits: "The facility may house Federal inmates and detainees, both male and/or female."

The following briefing schedule shall apply:
_____
_____
_____
_____
_____.

### 2. TEMPORARY RESTRAINING ORDER

IT IS FURTHER ORDERED that, pending the hearing on the Order to Show Cause issued by this Court, Respondents City of McFarland and City of McFarland Planning Commission ARE HEREBY RESTRAINED AND ENJOINED from taking any action to issue, execute, or make effective the modifications to Conditional Use Permits 01-96 and 02-96 approved by the City Council on April 23, 2020 in which the following text was approved for both conditional use permits: "The facility may house Federal inmates and detainees, both male and/or female."

IT IS FURTHER ORDERED that, pending the hearing on the Order to Show Cause issued by this Court, Real Party in Interest Geo Group, Inc. ("GEO"), GEO's employees, agents, assigns, and any other persons acting on GEO's behalf ARE HEREBY RESTRAINED AND ENJOINED from transferring any detainee into or out of, and accepting any transfer of any detainee into or out of, and housing any detainee at, the Central Valley Modified Community Correctional Facility or the Golden State Modified Community Correctional Facility in reliance on the modifications to Conditional Use Permits 01-96 and 02-96 approved by the City Council on April 23, 2020 in which the following text was approved for both

1  conditional use permits: "The facility may house Federal inmates and detainees,
2  both male and/or female."
3     IT IS FURTHER ORDERED that no bond is required to be posted by
4  Petitioners as a condition for the issuance of this relief.

6  Dated: July___, 2020          By: _____
7                                     UNITED STATES DISTRICT COURT JUDGE