NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
ALEXANDER WESTERFIELD (SBN 295676)
awesterfield@nossaman.com
ELIZABETH KEY (SBN 323544)
ekey@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:    415.398.2438

Attorneys for Petitioners IMMIGRANT LEGAL RESOURCE CENTER; FREEDOM FOR IMMIGRANTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; FREEDOM FOR IMMIGRANTS,<br><br>              Petitioners,<br><br>        vs.<br><br>CITY OF MCFARLAND; MCFARLAND PLANNING COMMISSION,<br><br>              Respondents,<br><br>THE GEO GROUP, INC.,<br><br>              Real Party in Interest. | Case No:  20-at-489<br><br>**CERTIFICATE OF SERVICE** |

Case No. 20-at-489

CERTIFICATE OF SERVICE

57537363.v1

I, Elizabeth Key, declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is Nossaman LLP, 50 California Street, 34th Floor, San Francisco, CA 94111.

3. On July 12, 2020, I served a copy of the following documents by transmitting via e-mail to the email addresses set forth below:

- NOTICE AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
- MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
- DECLARATION OF ALEXANDER WESTERFIELD IN SUPPORT OF PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE & EXHIBITS 1-6
- REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE & EXHIBITS A, B
- [PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

On the following parties:

**Counsel for the City of McFarland, City of McFarland Planning Commission**

Bob H. Joyce
Lebeau Thelan LLP
5001 E. Commercenter Drive
Suite 300
Bakersfield, CA 93309
bjoyce@lebeauthelen.com

//

//

//

//

**Counsel for The Geo Group, Inc.**

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington DC 20036
ccooper@cooperkirk.com


Michael W. Shonafelt
Kendie Schlecht
Newmeyer & Dillon
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Michael.Shonafelt@ndlf.com
Kendie.Schlecht@ndlf.com

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2020.

                                             /s/ Elizabeth Key
                                               Elizabeth Key