

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

IMMIGRANT LEGAL RESOURCES
CENTER; FREEDOM FOR IMMIGRANTS

　　　　　　　　　　Plaintiff(s),　　Case No. 1:20-cv-00966-TLN-AC

v.

CITY OF McFARLAND; CITY OF
McFARLAND PLANNING COMMISSION,

　　　　　　　　　　Defendant(s).

I,　Charles J. Cooper　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,

attorney for The GEO Group, Inc.　　　　　　　　　　　　　　　　　　　　　　　　,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

　　　　My business address is:

Firm Name:　　　　Cooper & Kirk, PLLC

Address:　　　　　1523 New Hampshire Ave., NW

City:　　　　　　　Washington

State:　　　　　　DC　　　　　　ZIP Code: 20036

Voice Phone:　　　(202) 220-9600

FAX Phone:　　　　(202) 220-9601

Internet E-mail:　　ccooper@cooperkirk.com

Additional E-mail:　　ktroilo@cooperkirk.com

I reside in City:　　Bonita Springs　　　　　　State:　　　FL

I was admitted to practice in the <u>District Court for the District of Columbia</u> (court)

on <u>January 26, 1979</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ■ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

*The GEO Group, Inc. v. Gavin C. Newsom, et al.* / USDC Case No. 2:20-cv-00533-TLN-AC / Pro Hac Vice Application Granted on March 11, 2020.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Michael W. Shonafelt</u>

Firm Name: <u>Newmeyer & Dillion LLP</u>

Address: <u>895 Dove Street, Fifth Floor</u>

City: <u>Newport Beach</u>

State: <u>CA</u>     ZIP Code: <u>92660</u>

Voice Phone: <u>(949) 854-7000</u>

FAX Phone: <u>(949 854-7099</u>

E-mail: <u>Michael.Shonafelt@ndlf.com</u>

Dated: <u>July 16, 2020</u>     Petitioner: <u>*/s/ Charles J. Cooper*</u>

**ORDER**

IT IS SO ORDERED.

Dated:  July 16, 2020

_____
Troy L. Nunley
United States District Judge