Bob H. Joyce (SBN 84607)
Andrew Sheffield (SBN 220735)
LAW OFFICES OF
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant CITY OF McFARLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCES CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF McFARLAND,<br><br>Defendant. | Case No.: 1:20-CV-00966-TLN-AC<br><br>**DECLARATION OF MARIA LARA IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION**<br><br>**Judge: Hon. Troy L. Nunley** |

I, MARIA LARA, declare as follows:

1. I am the Community Development Director for the City of McFarland, the Defendant in the above entitled matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. I have first-hand knowledge as to the process that was taken relative to the approval process for the CUP 2020-0013 and 2020-0014.

3. The Planning Commission, which has been established by the City Council, is subject to the review and control by the McFarland City Council. The City Council and the planning commission are collectively referred to as the City. Attached to the Request for Judicial Notice as Exhibit 3 is a true and correct copy of McFarland City Ordinance Chapter 2.40 which governs the establishment and function of the Planning Commission.

3. The amendment process began with the submission of a request for modifications of CUP 01-96 and 02-96 on January 10, 2020.

4. As part of this process, the City provided notice of and held three duly noticed public hearings. The first took place on January 21, 2020 and the second on February 18, 2020 at 6:00 p.m. at the City Council Chambers in McFarland, CA. The third meeting took place before the City Council on April 23, 2020. These meetings each had an attendance rate that was far in excess of most hearings that take place before the planning commission and the City Council indicating that public participation was not hampered by any actions taken by the City.

5. In addition to the notice issued by the City, the proposed changes to the CUPS were covered in the local media. Many parties, including many such as the people affiliated with plaintiffs who do not reside in the City, submitted comments and had other interactions with the City about the proposed amendments both before and during the hearings prior to closing the public hearing and considering the application.

6. These hearing were not closed to anyone and the City did not interfere with or create barriers to anyone's right to attend. The City followed its normal protocols for comments which required speakers to timely complete comment cards before speaking for the purpose of regulating the time and manner for public comments at these meetings. The City also observed the safety measures relating to building occupancy limits but still provided access to participants who could not enter the building.

7. Due to the conditions created by Covid-19 and the ensuing government restrictions, the April 23, 2020 meeting was conducted via Zoom. In addition, the City received some 848 written comments from members of the public.

8. The claims that the Planning Commission voted no on the modification of the conditional use permits due to overwhelming public sentiment is a misrepresentation. (see Writ of Mandate at para. 48.) The vote by the Planning Commission was a 2-2 tie, not a no vote. In such a situation, the proposed modification is not approved.

9. Attached to the Request for Judicial Notice as Exhibit 4 is a true and correct copy of McFarland City Ordinance Chapter 17.148 which governs Variances, Modifications and Zone

1 | Changes.

2 |     10.    Attached to the Request for Judicial Notice as Exhibit 5 is a true and correct copy
3 | of McFarland City Ordinance Chapter 17.152 which governs Conditional Use Permits.

4 |     11.    Attached to the Request for Judicial Notice as Exhibit 6 is a true and correct copy
5 | of the City of McFarland's Resolution No. 2020-0013 which was approved by the City Council on
6 | April 23, 2020. Pursuant to Section 5, the resolution could not be executed prior to July 15, 2020.

7 |     12.    Attached to the Request for Judicial Notice as Exhibit 7 is a true and correct copy
8 | of the City of McFarland's Resolution No. 2020-0014 which was approved by the City Council on
9 | April 23, 2020. Pursuant to Section 5, the resolution could not be executed prior to July 15, 2020.

10 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is
11 | true and correct. Executed this 21st day of July 2020, at Bakersfield, California.

*[signature]*

MARIA LARA

Immigrant Legal Resources Center
v. City of McFarland
USDC Case No.: 1:20-CV-00966-TLN-AC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF KERN

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is:   5001 E. Commercenter Drive, Suite 300, Bakersfield, California 93309.   On **July 21, 2020,** I served the within **DECLARATION OF MARA LARA IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION** on the interested parties in said action:

(X) by placing ( ) the original **(XX)** a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Alexander D. Westerfield, Esq.
David C. Lee, Esq.
Elizabeth Kimball Key, Esq.
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Ph: 415-398-3600
awesterfield@nossaman.com
dlee@nossaman.com
ekey@nossaman.com
*Attorneys for Immigrant Legal Resources Center &*
*Freedom for Immigrants*

Chanmaly Kendie Schlecht, Esq.
Michael William Shonafelt, Esq.
Michael Brandon McClellan, Esq.
Newmeyer and Dillion LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Ph: 949-854-7000; Fax: 949-854-7099
kendie.schlecht@ndlf.com
michael.shonafelt@ndlf.com
michael.mcclellan@ndlf.com
*Attorneys for Geo Group, Inc.*

Michael W. Kirk, PHV
Charles J. Cooper, PHV
Steven J. Lindsay, PHV
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Ph:   202-220-9600; Fax: 202-220-9601
mkirk@cooperkirk.com
ccooper@cooperkirk.com
slindsay@cooperkirk.com

{00357335;1}

**(XX) BY COURT'S CM/ECF SYSTEM** - Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

/s/ *Lequetta Hansen*
LEQUETTA HANSEN

{00357335;1}