Bob H. Joyce (SBN 84607)
LAW OFFICES OF
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant CITY OF McFARLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCES CENTER,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF McFARLAND,<br><br>            Defendant. | Case No.:  1:20-CV-00966-TLN-AC<br><br>**DECLARATION OF ROCIO MOSQUEDA IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION**<br><br>**Judge: Hon. Troy L. Nunley** |

I, ROCIO MOSQUEDA, declare as follows:

1. I am the Finance Director of the City of McFarland, the defendant in the above entitled matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. As the Finance Director for the City of McFarland, I have personal knowledge of the City's budget as well as the revenues generated for the City through its relationship with Geo Group, Inc. Attached to Defendant's Request for Judicial Notice as Exhibit 2 is a true and correct copy of the City of McFarland Adopted Annual Operation Budget, Fiscal Year 2019-2020.

3. As shown in the budget (at page D-1), the City's projected general fund revenue for Fiscal Year 2019/2020 was $3,229,110.

5. Under the April 23, 2020 modified CUPs, which are the subject of this action, the City and the public at large stood to obtain significant financial benefit.

6. As set forth in Resolution 2020-0013 (See Req. for Judicial Notice Exhibit No. 6) the City was going to receive

    a. $255,500.00 annual payments (Ex. 6, Attachment A, ¶ 6);

    b. $50,000.00 annually to supplement the police department budget (Ex. 6, Attachment A, ¶ 6);

    c. Annual $1,000 scholarship to 50% of the graduating high school class of McFarland High School and San Joaquin High school.

    d. The frontage road from Sherwood Avenue to Taylor Avenue was going to be paved to the City standards at no cost to the City

7. As set forth in Resolution 2020-0014 (See Req. for Judicial Notice Exhibit No. 7) the City was going to receive:

    a. $255,500.00 annual payments (Ex. 7, Attachment A, ¶ 6);

    b. $50,000.00 annually to supplement the police department budget (Ex. 7, Attachment A, ¶ 6);

    c. Annual $1,000 scholarship to 50% of the graduating high school class of McFarland High School and San Joaquin High school.

    d. The frontage road from Sherwood Avenue to Taylor Avenue was going to be paved to the City standards at no cost to the City

8. The payments under both resolutions were set to commence on July 1, 2020.

9. Based on prior year operating budgets, the net loss to the City would be $610,000 in general funds. Using the 2019 numbers, this number would make up about 1/5 of the total annual operating budget for the City. This is a loss that cannot be recouped.

///
///
///

10. The ongoing loss being suffered is at least $42,392 monthly that was required to be paid to the City under both CUP's. Each month that is not paid will result in the loss of funds that cannot be recouped under the terms of the CUP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of July 2020, at Bakersfield, California.

*/s/ Rocio Mosqueda*
ROCIO MOSQUEDA

| | |
|---|---|
| 1 | Immigrant Legal Resources Center |
| | v. City of McFarland |
| 2 | USDC Case No.: 1:20-CV-00966-TLN-AC |

### PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is: 5001 E. Commercenter Drive, Suite 300, Bakersfield, California 93309.   On **July 21, 2020,** I served the within **DECLARATION OF ROCIO MOSQUEDA IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION** on the interested parties in said action:

(X) by placing ( ) the original **(XX)** a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Alexander D. Westerfield, Esq.
David C. Lee, Esq.
Elizabeth Kimball Key, Esq.
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Ph: 415-398-3600
awesterfield@nossaman.com
dlee@nossaman.com
ekey@nossaman.com
*Attorneys for Immigrant Legal Resources Center &*
*Freedom for Immigrants*

Chanmaly Kendie Schlecht, Esq.
Michael William Shonafelt, Esq.
Michael Brandon McClellan, Esq.
Newmeyer and Dillion LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Ph: 949-854-7000; Fax: 949-854-7099
kendie.schlecht@ndlf.com
michael.shonafelt@ndlf.com
michael.mcclellan@ndlf.com
*Attorneys for Geo Group, Inc.*

Michael W. Kirk, PHV
Charles J. Cooper, PHV
Steven J. Lindsay, PHV
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Ph:   202-220-9600; Fax: 202-220-9601
mkirk@cooperkirk.com
ccooper@cooperkirk.com
slindsay@cooperkirk.com

{00357335;1}

**(XX)  BY COURT'S CM/ECF SYSTEM** - Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

/s/ *Lequetta Hansen*
LEQUETTA HANSEN

{00357335;1}