Bob H. Joyce, SBN 84607
Andrew K. Sheffield, SBN 220735
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127
bjoyce@lebeauthelen.com

Attorneys for Respondent City of McFarland

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCES CENTER; and FREEDOM FOR IMMIGRANTS, <br><br> Petitioners, <br><br> v. <br><br> CITY OF MCFARLAND; and MCFARLAND PLANNING COMMISSION, <br><br> Respondents, <br><br> GEO GROUP, INC., <br><br> Real Party in Interest. | Case No. 1:20-CV-00966-TLN-AC <br><br> **RESPONDENT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF CHRISTINA FIALHO** <br><br> **Judge: Troy L. Nunley** |

Respondent City of McFarland ("Respondent") submits these evidentiary objections to the Declaration of Christina Fialho ("Fialho Decl.") submitted in support of Petitioners' application for a Temporary Restraining Order. Respondent objects to these portions of Ms. Fialho's declaration:

**(1) MATERIAL OBJECTED TO:** Fialho Decl. ¶ 16 (p. 4:27-5:1-2): "Based on the foregoing, transferring immigration detainees into Central Valley and Golden State would immediately and irreparably increase the risks of COVID-19 for

the individuals detained there, the individuals employed there, and the surrounding community of McFarland."

**OBJECTION:** Ms. Fialho's testimony is speculative and lacks foundation. There is no indication that Ms. Fialho has personal knowledge that the transfer of detainees "would immediately and irreparably increase the risks of COVID-19," nor is there sufficient evidence that Ms. Fialho is an expert in this field. Ms. Fialho's testimony in this instance attempts to provide a scientific and medical opinion without proper basis. Fed. R. Evid. 602, 701, 702.

**Ruling on Objection:**        **Sustained:** _____

                                **Overruled:** _____

**(2) MATERIAL OBJECTED TO:** Fialho Decl. ¶ 17 (p. 5:3-5): "If the Proposed Modifications are later invalidated while the COVID-19 pandemic remains ongoing, transfer of detainees out of Central Valley and Golden State will further increase the risks of COVID-19 in transferee facilities and the surrounding communities."

**OBJECTION:** Ms. Fialho's testimony is speculative and lacks foundation. There is no indication that Ms. Fialho has personal knowledge that the transfer of detainees "transfer of detainees out of Central Valley and Golden State will further increase the risks of COVID-19 in transferee facilities and the surrounding communities," nor is there sufficient evidence that Ms. Fialho is an expert in this field. Ms. Fialho's testimony in this instance attempts to provide a scientific and medical opinion without proper basis. Fed. R. Evid. 602, 701, 702.

**Ruling on Objection:**        **Sustained:** _____

                                **Overruled:** _____

Dated: _____

HON. TROY L. NUNLEY
JUDGE OF THE DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA

1 | Immigrant Legal Resources Center
v. City of McFarland
2 | USDC Case No.: 1:20-CV-00966-TLN-AC

3 | **PROOF OF SERVICE**

4 | STATE OF CALIFORNIA, COUNTY OF KERN

5 |     I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is: 5001 E. Commercenter Drive, Suite 300, Bakersfield, California 93309.   On **July 21, 2020,** I served the within **DEFENDANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF CHRISTINA FIALHO** on the interested parties in said action:

    (X) by placing ( ) the original **(XX)** a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Alexander D. Westerfield, Esq.
David C. Lee, Esq.
Elizabeth Kimball Key, Esq.
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Ph: 415-398-3600
awesterfield@nossaman.com
dlee@nossaman.com
ekey@nossaman.com
*Attorneys for Immigrant Legal Resources Center &*
*Freedom for Immigrants*

Chanmaly Kendie Schlecht, Esq.
Michael William Shonafelt, Esq.
Michael Brandon McClellan, Esq.
Newmeyer and Dillion LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Ph: 949-854-7000; Fax: 949-854-7099
kendie.schlecht@ndlf.com
michael.shonafelt@ndlf.com
michael.mcclellan@ndlf.com
*Attorneys for Geo Group, Inc.*

Michael W. Kirk, PHV
Charles J. Cooper, PHV
Steven J. Lindsay, PHV
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Ph:   202-220-9600; Fax: 202-220-9601
mkirk@cooperkirk.com
ccooper@cooperkirk.com
slindsay@cooperkirk.com

{00357335;1}

**(XX)  BY COURT'S CM/ECF SYSTEM** - Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

/s/ *Lequetta Hansen*
LEQUETTA HANSEN

{00357335;1}