Bob H. Joyce, Esq., SBN 84607
Andrew K. Sheffield, SBN 220735
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127
bjoyce@lebeauthelen.com

Attorneys for Respondent City of McFarland

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCES CENTER; and FREEDOM FOR IMMIGRANTS,<br><br>Petitioners,<br><br>v.<br><br>CITY OF MCFARLAND; and MCFARLAND PLANNING COMMISSION,<br><br>Respondents,<br><br>GEO GROUP, INC.,<br><br>Real Party in Interest. | Case No. 1:20-CV-00966-TLN-AC<br><br>**RESPONDENT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ALEX GONZALEZ**<br><br>**Judge: Hon. Troy L. Nunley** |

Respondent City of McFarland ("Respondent") submits these evidentiary objections to the Declaration of Alex Gonzalez ("Gonzalez Decl.") submitted in support of Petitioners' Application for a Temporary Restraining Order. Respondent objects to these portions of Mr. Gonzalez's declaration:

**(1) MATERIAL OBJECTED TO:** Gonzalez Decl. ¶ 9 (p. 3:9-5): "Although I was able to connect to the City Council meeting through Zoom, I began receiving text messages from several community members shortly after the meeting began at 6:00 p.m. These individuals wrote to let me know that they were unable to connect

1 to the hearing through Zoom or the dial-in number the City had provided, and they
2 included McFarland resident C. Navarro."

3     **OBJECTION:** Mr. Gonzalez's testimony that he "began receiving text
4 messages" from individuals who told him that "they were unable to connect to the
5 hearing" is hearsay. These statements are made by out-of-court declarants and Mr.
6 Gonzalez is offering them to prove their asserted truth: that individuals were unable
7 to connect to the Zoom hearing. No hearsay exceptions apply to these messages. Fed.
8 R. Evid 801, 803.

9 **Ruling on Objection:**                          **Sustained:** _____
10                                                      **Overruled:** _____

11

12     **(2) MATERIAL OBJECTED TO:** Gonzalez Decl. ¶ 10 (p. 3:6-8):
13 "McFarland residents G. Santiago and J. Hernandez, both monolingual Spanish
14 speakers, later informed me that they also were unable to connect. On information
15 and belief, both intended to offer public comment. As a result of technical difficulties,
16 they were unable to."

17     **OBJECTION:** Mr. Gonzalez's testimony that G. Santiago and J. Hernandez
18 "later informed [him] that they also were unable to connect" is hearsay. The
19 statements of G. Santiago and J. Hernandez were made outside of court and are
20 offered to prove their asserted truths: that the speakers could not connect to the Zoom
21 meeting. Fed. R. Evid. 801, 803.

22 **Ruling on Objection:**                          **Sustained:** _____
23                                                      **Overruled:** _____

24

25     **(3) MATERIAL OBJECTED TO:** Gonzalez Decl. ¶ 11 (p. 3:9-13): "At the
26 April 23, 2020 City Council meeting, I addressed the City Council during its open
27 public comment session. I requested that the meeting be postponed given the
28 difficulties that many members of the public were experiencing connecting to the

1    meeting. McFarland Mayor Sally Gonzalez responded that the Zoom platform enabled one hundred members of the public to attend, more than the maximum capacity of the City Council chambers."

**OBJECTION:** Mr. Gonzalez's testimony is hearsay. Mr. Gonzalez's testimony that Mayor Gonzalez said "the Zoom platform enabled one hundred members of the public to attend, more than the maximum capacity of the City Council chambers" is an out-of-court statement offered to prove its truth. No hearsay exceptions apply. Fed. R. Evid. 801, 803.

**Ruling on Objection:**       **Sustained:** _____

     **Overruled:** _____

**(4) MATERIAL OBJECTED TO:** Gonzalez Decl. ¶ 13 (p. 3:20-21): "I was told by City staff that I had exhausted my time with my earlier comment, which addressed an entirely separate issue."

**OBJECTION:** Mr. Gonzalez's testimony includes hearsay because the statement by City staff that he "had exhausted [his] time with [his] earlier statement" is an out-of-court statement by the City staff that Mr. Gonzalez is offering for its truth. Fed. R. Evid. 801, 803.

**Ruling on Objection:**       **Sustained:** _____

     **Overruled:** _____

Dated: _____

                 HON. TROY L. NUNLEY,
                 JUDGE OF THE U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Immigrant Legal Resources Center
v. City of McFarland
USDC Case No.: 1:20-CV-00966-TLN-AC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

    I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is:   5001 E. Commercenter Drive, Suite 300, Bakersfield, California 93309.   On **July 21, 2020,** I served the within **DEFENDANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ALEX GONZALEZ** on the interested parties in said action:

    (X) by placing ( ) the original **(XX)** a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Alexander D. Westerfield, Esq.
David C. Lee, Esq.
Elizabeth Kimball Key, Esq.
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Ph: 415-398-3600
awesterfield@nossaman.com
dlee@nossaman.com
ekey@nossaman.com
*Attorneys for Immigrant Legal Resources Center &*
*Freedom for Immigrants*

Chanmaly Kendie Schlecht, Esq.
Michael William Shonafelt, Esq.
Michael Brandon McClellan, Esq.
Newmeyer and Dillion LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Ph: 949-854-7000; Fax: 949-854-7099
kendie.schlecht@ndlf.com
michael.shonafelt@ndlf.com
michael.mcclellan@ndlf.com
*Attorneys for Geo Group, Inc.*

Michael W. Kirk, PHV
Charles J. Cooper, PHV
Steven J. Lindsay, PHV
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Ph:   202-220-9600; Fax: 202-220-9601
mkirk@cooperkirk.com
ccooper@cooperkirk.com
slindsay@cooperkirk.com

{00357335;1}

**(XX) BY COURT'S CM/ECF SYSTEM** - Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

/s/ *Lequetta Hansen*
LEQUETTA HANSEN

{00357335;1}