Charles J. Cooper (*Pro Hac Vice*), DC Bar No. 248070
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com

Michael W. Shonafelt, CBN 186853
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.Shonafelt@ndlf.com

*Attorneys for Real Party in Interest,
The GEO Group, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER FREEDOM FOR IMMIGRANTS, et al.,<br><br>Petitioners,<br><br>vs.<br><br>CITY OF MCFARLAND, et al.<br><br>Respondents,<br><br>THE GEO GROUP, INC.,<br><br>Real party in interest. | CASE NO: 1:20-CV-00966-TLN-AC<br><br>RELATED TO CASE NO.: 2:20-cv-00533-TLN-AC<br><br>JUDGE: Hon. Troy L. Nunley<br><br>[Originally filed in California Superior Court, County of Kern as Case No. BCV-20-101507]<br><br>**DECLARATION OF DAVID J. VENTURELLA IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**<br><br>*[Response to OSC, Declarations of Joseph Smith and C. Kendie Schlecht, Request for Judicial Notice and Appendix of Exhibits filed concurrently herewith]*<br><br>FILE DATE: July 10, 2020<br>TRIAL DATE: Not Set |

/ / /

/ / /

/ / /

- 1 -

I, David J. Venturella, declare as follows:

1. I am the Senior Vice President, Client Relations, of The GEO Group, Inc. ("GEO"). My duties include responsibility for leading GEO's business development and proposal efforts in response to requests for GEO's contract detention facilities and services, which includes the following agencies: Immigration Customs Enforcement ("ICE"), the Federal Bureau of Prisons, the U.S. Marshals Service and several state correctional clients and various county and city jurisdictions. I am over the age of eighteen (18), and I am competent to testify in this matter. This declaration is based on my personal knowledge in my capacity as the person responsible for proposals at GEO as described herein.

2. I have been at GEO since 2012.

3. On December 26, 2019, GEO filed a request with the City of McFarland to modify our existing Conditional Use Permits ("CUPs 01-96 and 02-96") for the Golden State Modified Community Correctional Facility and the Central Valley Modified Community Correctional Facility.

4. In compliance with state law and the City's Municipal Code, the City of McFarland Planning Commission held two duly noticed public hearings on January 21, 2020 and February 18, 2020, at 6:00 p.m. at the McFarland Council Chamber located at 103 W. Sherwood Ave, McFarland, California, and written and oral testimony was received prior to closing the public hearing and considering the application.

5. On February 18, 2020, the McFarland Planning Commission voted on the application and issued a tie-vote (2-2) that resulted in a denial of the application to modify CUPs 01-96 and 02-96.

6. On February 26, 2020, the applicant, Gresham, Savage, Nolan & Tilden, for The GEO Group, Inc., submitted an appeal in writing along with the filing fee of $200.00, pursuant to McFarland Municipal Code Section 17.148.100(B)(l)(b) and Resolution No. 2014-0201, requesting an appeal hearing with the McFarland City Council to consider reversing the decision of the McFarland Planning Commission and approving modifications of CUPs 01-96 and 02-96.

///

7. On April 23, 2020, at a duly noticed public hearing where public testimony was taken, the McFarland City Council reversed the McFarland Planning Commission and approved the modifications to CUPs 01-96 and 02-96.

8. Widespread media coverage surrounded each of the three public hearings, including numerous phone calls and written submissions to McFarland Planning Commission and City Council members.

9. The City Council's ultimate approval of the CUPs allows GEO to offer starting annual salaries of $96,000 for individuals selected to perform detention officer duties under the new federal contracts.

10. The new employment opportunities at both facilities will generate an annual payroll of approximately $36 million.

11. The infusion of increased salaries and wages of the 420 positions that would support the new facilities would have a positive economic impact to the City of McFarland and the surrounding communities.

12. Additionally, as a result of the approval of the CUPs, GEO committed to providing the City of McFarland fiscal mitigation payments for each of the two 700 bed repurposed facilities totaling $511,000 annually, following the actual intake of detainees at the facilities, for the duration of the contract which has a 15-year term and a total value of $7.7 million.

13. GEO also committed to making significant security and safety enhancements to the area surrounding the facilities to improve the roads, sidewalks, lighting and fencing at the request of the City totaling $4.7 million.

14. To address additional public safety concerns expressed by the City, GEO has agreed to provide an additional $50,000 annual payment to augment the City's police department's budget.

15. Should the approved CUPs be invalidated, the GEO Group would not be able to provide the facilities and services it has been contracted by the Federal Government to provide.

16. The average annual revenue loss would be $39.8 million per facility for a combined annual loss of $79.6 million.

///

17. Over the life of the 15-year contract, the loss would be $598 million for each facility totaling $1.2 billion in lost revenue.

18. GEO's inability to provide the facilities and services to its federal client would result in the loss of the following:
- 420 jobs
- $36 million in annual payroll
- $1,500,000 in annual utility usage fees
- $500,000 in annual property taxes which supports the school system, police, fire and other vital City services
- $511,000 annual fiscal mitigation payment to the City for the Central Valley and Golden State facilities
- $200,000 in annual scholarship awards

19. GEO's healthcare staffing for each of the Golden State and Central Valley facilities will be substantial and include the following 27 healthcare-related full-time employees:

- Physician – 40 hours per week
- Psychologist – 40 hours per week
- Dentist – 20 hours per week
- Dental Assistant – 20 hours per week
- Pyschiatrist – 12 hours per week
- Health Services Administrator
- Director of Nursing
- Two (2) Nurse Practitioners/Physician's Assistants
- One (1) Registered Nurse (IDC/Clinical)
- Eight (8) Registered Nurses
- Eight (8) Licensed Vocational Nurses
- Two (2) Medical Records Technicians

20. GEO's healthcare staffing at an ICE facility is more than double than that of a similar sized correctional facility.

21. Detainees have continuous access to the facility healthcare unit on a 24/7 basis.

22. To promote social distancing, all of GEO's ICE facilities are presently operating at approximately 50% capacity, well below the newly reduced target capacity level established by ICE in April 2020.

///

///

///

23. As it relates to public health, GEO implemented a number of measures to manage and mitigate the impacts of COVID-19 pursuant to existing Centers for Disease Control and Prevention ("CDC") guidance for the management of correctional and detention facilities.

24. Importantly, during the COVID-19 crisis, the Golden State and Central Valley facilities would not be accessible to the general public or available for visitation.

25. During the crisis, all new intakes are quarantined and monitored daily for an initial 14-day period. If they develop signs or symptoms of COVID-19 during this 14-day period, they are immediately isolated.

26. Symptomatic detainees are tested as they are identified during intake screenings and daily clinical encounters.

27. All staff would be issued face masks, eye protection and gloves ("PPE"). In addition, all detainees would be issued face masks in enough quantities to replace used masks three (3) times per week. To ensure proper care and usage of PPE, training will be provided to all staff and detainees.

28. Whenever a detainee indicates symptoms consistent with COVID-19, he or she will be placed in medical isolation for evaluation by the clinical provider and tested for influenza, strep throat, and COVID-19.

29. The medical evaluation of the patient in isolation will include:

- Physical examination
- Vital signs
- Testing – COVID-19, Influenza, Strep Throat
- Oxygen levels, chest X-ray as needed
- Other exams as deemed necessary by the provider

30. The patient is treated for any upper respiratory symptoms including fever, cough, shortness of breath, muscle aches, and pains, and their vital signs and oxygen levels are monitored closely.

31. In accordance with CDC guidelines, the resident stays in medical isolation until COVID-19 test results are obtained.

32. If the resident tests negative, he or she is sent back into the general population.

33. If the resident tests positive, he or she either stays in the healthcare unit or is assigned to a special cohort housing unit for the duration of the 14 days from the start of the symptoms.

34. As of this writing, GEO has no ICE detainees that are hospitalized and no GEO ICE detainees have died as a result of COVID-19.

35. As an acknowledgement of GEO's efforts, on April 6, 2020, Chief United States District Judge Ricardo S. Martinez stated in a court ruling, attached as Exhibit O to the Appendix of Exhibits, that "there is substantial evidence before the court of robust measures at the Northwest [ICE] Detention Center ["NWDC"] to prevent an outbreak of COVID-19, to contain one should it occur, and generally to provide for the safety of the detainees housed there during the pandemic." Judge Martinez noted that "the measures implemented by the NWDC generally track the recommendation of the DHS's medical subject matter experts."

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 21st of July, 2020, in Boca Raton, Florida.

_____
David J. Venturella

VENTURELLA DECL. ISO RESPONSE TO ORDER TO SHOW CAUSE

# **CERTIFICATE OF SERVICE**

*Immigrant Legal Resources Center, et al. v. City of McFarland, et al.*
U.S.D.C. Eastern District of CA Case No. 1:20-cv-00966-TLN-AC

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF ORANGE | ) |

I, Chelsea Snow, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, 5th Floor, Newport Beach, California 92660. My business e-mail address is Chelsea.Snow@ndlf.com. On July 21, 2020, I served a copy of the within document(s):

**DECLARATION OF DAVID J. VENTURELLA IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**

☒ **VIA CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING:** I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court – Eastern District of California, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court – Eastern District of California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2020, at Newport Beach, California.

Chelsea Snow

4530.102 / 8853090.1