1  Charles J. Cooper (*Pro Hac Vice*), DC Bar No. 248070
COOPER & KIRK, PLLC
2  1523 New Hampshire Avenue, NW
Washington, DC 20036
3  Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com
4
Michael W. Shonafelt, CBN 186853
5  NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
6  Newport Beach, CA 92660
Telephone: (949) 854-7000
7  Email: Michael.Shonafelt@ndlf.com

8  *Attorneys for Real Party in Interest,*
*The GEO Group, Inc.*
9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  IMMIGRANT LEGAL RESOURCE              | CASE NO: 1:20-CV-00966-TLN-AC
    CENTER FREEDOM FOR
14  IMMIGRANTS, et al.                    | RELATED TO CASE NO.: 2:20-cv-00533-TLN-AC

15              Petitioners,              | JUDGE: Hon. Troy L. Nunley

16  vs.                                   | [Originally filed in California Superior Court,
                                          | County of Kern as Case No. BCV-20-101507]
17  CITY OF MCFARLAND, et al.

18              Respondents,              | **DECLARATION OF JOSEPH SMITH IN**
                                          | **SUPPORT OF RESPONSE TO ORDER TO**
19  THE GEO GROUP, INC.,                  | **SHOW CAUSE**

20              Real party in interest.   | *[Response to OSC, Declarations of David*
                                          | *Venturella and C. Kendie Schlecht, Request for*
21                                        | *Judicial Notice and Appendix of Exhibits filed*
                                          | *concurrently herewith]*
22
                                          | FILE DATE: July 10, 2020
23                                        | TRIAL DATE: Not Set

24

25  / / /

26  / / /

27  / / /

28  / / /

SMITH DECL. ISO RESPONSE TO ORDER TO
                                                                              SHOW CAUSE

1    I, Joseph Smith, declare as follows:

2    1.    I am the Facility Administrator at the Joe Corley Processing Center ("JCPC"),

3  located at 500 Hilbig Street, Conroe, Texas 77301.  I am over the age of eighteen (18), and I am

4  competent to testify in this matter.  My statement is based upon my personal knowledge, and my

5  education, training, and experience.

6    2.    JCPC is owned and operated by The GEO Group, Inc. ("GEO") and houses

7  detainees pursuant to contracts with Immigrations and Customs Enforcement ("ICE") and the

8  United States Marshals Service ("USMS").

9    3.    I was asked to address the precautions we have taken to limit the spread of the

10  COVID-19 virus at GEO facilities, based on my experience at JCPC.

11    4.    Attached to the Appendix of Exhibits as Exhibit N is a true and correct copy of the

12  Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) In Correctional and

13  Detention Facilities (most recently updated July 14, 2020), published by the Centers For Disease

14  Control and Prevention ("CDC").  This is the guidance GEO has used to educate its personnel and

15  detainees at JCPC on COVID-19.  My declaration below provides some specifics about GEO's

16  implementation of the guidelines at JCPC.  I have not attempted to describe in totality each and

17  every action I have taken to implement the guidelines or any other precautions.  However, I hope

18  to convey to the Court that GEO, as a company, is being proactive and is taking COVID 19

19  seriously to reduce the risk of infection.

20    5.    The health, safety, and well-being of detainees at JCPC correlates with the health,

21  safety, and well-being of GEO staff, GEO administration, and our families.  GEO's interests are

22  aligned with those of detainees regarding mitigation strategies to slow the spread of the

23  coronavirus and resulting infections of COVID-19.

24    6.    To achieve GEO's common goal of protecting the health, safety, and welfare of

25  those individual either detained, working at, or visiting JCPC, we have implemented the

26  following precautions with ICE's and USMS's oversight. It is my understanding that all GEO

27  facilities under contract with the Federal Government are taking similar precautions.

28  / / /

NEWMEYER
DILLION

SMITH DECL. ISO RESPONSE TO ORDER TO
SHOW CAUSE

1   <u>Operational and Communications Preparations for COVID-19</u>

2   7.   **Recognizing Signs and Symptoms**.  JCPC operates as an ICE and USMS

3   processing center with the full advantages of onsite health care services.  In coordination with

4   ICE and the USMS, we have informed staff and detainees how to recognize the symptoms of

5   COVID-19, and how to respond if symptoms develop or are observed.

6   8.   **Contingency Planning**.  GEO is operating below capacity and is not

7   overpopulated, nor does GEO anticipate an overpopulation status at JCPC or any other facility in

8   the foreseeable future.

9   9.   **Review of Existing Pandemic Protocols and Disaster Preparedness and**

10  **Revisions for COVID-19.**  All detainees have been issued masks to reduce the likelihood of

11  COVID-19 transmission.  GEO has dedicated housing areas and bathrooms and other physical

12  locations for purposes of isolating confirmed COVID-19 cases and individuals displaying

13  COVID-19 symptoms, and to quarantine known close contacts of cases.

14  10.   **Signage**. GEO has posted signage that identifies symptoms of COVID-19 in

15  multiple languages, and that provide hand hygiene instructions.  GEO has described symptoms

16  and has demonstrated hand hygiene instructions.  Detainees have been asked to report symptoms

17  to staff.

18  11.   **Transfers and Movements**.  GEO has cooperated with ICE and the USMS

19  implementation of newer policy directives that have reduced the number of detainees entering

20  JCPC. Internal movements have been limited and social distancing protocols have been

21  implemented to prevent the spread for COVID-19, including those below:

22  A.   <u>External Transfers</u>:  ICE and USMS control who is housed at JCPC.  GEO

23  does not transfer detainees externally among GEO facilities.  Anyone transferred to or from JCPC

24  are moved on orders from ICE or USMS in conformance with ICE and USMS protocols

25  implemented in response to COVID-19.  GEO has utilized the available bed space to implement

26  COVID-19 protocols to include separating incoming detainees to reduce contact.

27  / / /

28  / / /

SMITH DECL. ISO RESPONSE TO ORDER TO SHOW CAUSE

1      B.      Internal Movements:  With respect to people entering or leaving JCPC,

2  GEO as a secure private facility may regulate who enters and exits JCPC and under what

3  conditions with ICE and USMS oversight.  In this regard, GEO has taken the following

4  precautions:

5              i.      Incoming Detainees.  Any symptomatic detainee is placed by him

6  or herself into a single housing unit where his or her symptoms are monitored by health care

7  providers.  The health care professionals may test individual detainees per medical standards, and

8  treat any detainee in need of care.  GEO does not place any such individual back into the general

9  population without medical clearance provided by a medical doctor.

10             ii.      Staff.   Anyone coming into JCPC to work completes a screening

11  questionnaire that GEO personnel use to decide whether the person has been exposed.  If exposed

12  or at an unreasonable risk of having been exposed the individual may not enter.  GEO staff take

13  the temperature of employees before entry.  Anyone who tests above 100.4°F must return home

14  until cleared medically.  Staff are advised to stay home when sick or if they have COVID-19

15  symptoms or have been in close contact with anyone who has COVID-19.  GEO has informed

16  staff that if they develop symptoms while on duty, the staff person must leave JCPC as soon as

17  possible and follow CDC recommended steps for persons who are ill with COVD-19 symptoms,

18  including self-isolating at home, contacting their healthcare provider as soon as possible to

19  determine whether the staff person needs to be evaluated and tested, and contacting their

20  supervisor. GEO has identified staff whose duties would allow them to work from home and has

21  planned for staff absences.  GEO has offered revised duties to staff who are at higher risk of

22  severe illness.

23                      Enhanced Cleaning/Disinfecting and Hygiene Practices

24      12.      **Supplies**.  Twice a week, each detainee is provided with shampoo/body wash,

25  tissue paper along with other hygiene products, as required and followed by facility issuance

26  schedule, exceeding the Performance Based National Detention Standards. We also sanitize the

27  living areas with sanitizing spray. There have been no shortage of supplies and facility inventory

28  levels are monitored to assured adequate supplies for long term.

SMITH DECL. ISO RESPONSE TO ORDER TO
                                                    SHOW CAUSE

1    13.    **Respiratory Protection**.  GEO has an established respiratory protection program

2    with fit testing and training so that PPE is correctly donned, doffed, and disposed of properly.

3    GEO has issued each staff and detainee a face mask, which is replaced several times a week.

4    14.    **Intensified Cleaning**.  GEO has implemented intensified cleaning of surfaces and

5    objects that are frequently touched, especially in common areas. This includes the video

6    telecommunications consoles, telephones, and visitation rooms that are cleaned between each use.

7    GEO has instructed detainees and staff to clean and disinfect shared equipment and property with

8    frequency. GEO uses EPA-registered disinfectants that are represented to be effective against the

9    virus that causes COVID-19.  GEO is not diluting disinfectants below effective levels.  GEO has

10    gloves for use with cleaning.  Cleanings occur throughout the day multiple times.

11    15.    **Reinforced Hygiene**.  GEO has reinforced healthy hygiene practices and has

12    made supplies available to encourage safe hygiene practices.  We teach good cough etiquette,

13    good hand hygiene, and advise against touching eyes, nose, or mouth without cleaning hands

14    first.  We inform people to avoid sharing eating utensils, dishes, and cups, and to avoid non-

15    essential physical contact.  We have running water and hand drying capabilities throughout JCPC.

16    16.    **Air Circulation**.  JCPC follows the guidelines from the CDC to increase fresh air

17    exchange to prevent the spread of airborne illness throughout JCPC.  Twice daily a complete air

18    exchange within JCPC is performed.

19                                Social Distancing Strategies

20    17.    Certain social distancing recommendations have already been part of GEO's

21    operations.  GEO has limited open movement. Individual detainees are not moving in mass from

22    location to location at will.

23    18.    GEO has encouraged staff and detainees to increase the space between one another

24    as feasible.

25    / / /

26    / / /

27    / / /

28    / / /



SMITH DECL. ISO RESPONSE TO ORDER TO
SHOW CAUSE

Visitors

19.     GEO has been authorized to temporarily stop visitors from meeting with detainees, except legal counsel who confer with clients in visitation rooms while practicing social distancing. Each visitation room is sanitized before and after each use.

Infections Control/PPE

20.     **PPE**. GEO staff have personal protective gear, including N95 respirators.  PPE are stored in spaces in JCPC where PPE can be accessed when needed and in an emergency.  Staff have been trained to perform hand hygiene after removing PPE.

Verbal Screening and Temperature Check Protocols

21.  **Screening**.  GEO screens all staff, attorneys, court visitors, and detainees. Subcontractors and vendors never enter JCPC.  Staff get their temperature checked and answer screening questions.  Detainees who enter JCPC are screened prior to entry into the main secured facility.  Detainees must answer questionnaires and have their temperature checked.  Screening includes questioning whether today or in the past 24 hours the person has had symptoms like fever, chills, cough, or difficulty breathing.  GEO also asks whether in the past 14 days the person had contact with a person known to be infected with COVID-19.  Detainees who have observable symptoms are placed in medical isolation.  Staff wear PPE when performing temperature checks.

Medical Isolation and Quarantine

22.     GEO has the capacity to medically isolate and quarantine detainees who test positive for COVID-19. JCPC has six (6) negative pressure rooms that can be used for isolation purposes.

Healthcare Evaluation/Clinical Care

23.     JCPC has onsite health care services.  Detainees at JCPC have access to timely and appropriate health care and detainees that request medical care are provided such in a timely and professional manner.



SMITH DECL. ISO RESPONSE TO ORDER TO
SHOW CAUSE

1       I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct. Executed this 21st of July, 2020, in

3   Conroe, Texas.

4

5                                                         Joseph Smith

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -        SMITH DECL. ISO RESPONSE TO ORDER TO
SHOW CAUSE

**CERTIFICATE OF SERVICE**

*Immigrant Legal Resources Center, et al. v. City of McFarland, et al.*
U.S.D.C. Eastern District of CA Case No. 1:20-cv-00966-TLN-AC

STATE OF CALIFORNIA                  )
                                           )  ss.
COUNTY OF ORANGE               )

      I, Chelsea Snow, declare:

      I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, 5th Floor, Newport Beach, California 92660. My business e-mail address is Chelsea.Snow@ndlf.com. On July 21, 2020, I served a copy of the within document(s):

**DECLARATION OF JOSEPH SMITH IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**

☒     **VIA CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING:** I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court – Eastern District of California, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court – Eastern District of California.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2020, at Newport Beach, California.

                                                Chelsea Snow