1   Charles J. Cooper (*Pro Hac Vice*), DC Bar No. 248070
    COOPER & KIRK, PLLC
2   1523 New Hampshire Avenue, NW
    Washington, DC 20036
3   Telephone: (202) 220-9600
    Email: ccooper@cooperkirk.com
4
    Michael W. Shonafelt, CBN 186853
5   NEWMEYER & DILLION LLP
    895 Dove Street, Fifth Floor
6   Newport Beach, CA 92660
    Telephone: (949) 854-7000
7   Email: Michael.Shonafelt@ndlf.com

8   *Attorneys for Real Party in Interest,*
    *The GEO Group, Inc.*
9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13  IMMIGRANT LEGAL RESOURCE          CASE NO: 1:20-CV-00966-TLN-AC
    CENTER FREEDOM FOR
14  IMMIGRANTS, et al.                RELATED TO CASE NO.: 2:20-cv-00533-TLN-AC

15              Petitioners,          JUDGE: Hon. Troy L. Nunley

16  vs.                               [Originally filed in California Superior Court,
                                      County of Kern as Case No. BCV-20-101507]
17  CITY OF MCFARLAND, et al.

18              Respondents,          **DECLARATION OF C. KENDIE
                                      SCHLECHT IN SUPPORT OF RESPONSE
19  THE GEO GROUP, INC.,              TO ORDER TO SHOW CAUSE**

20              Real party in interest.   *[Response to OSC, Declarations of David
                                      Venturella and Joseph Smith, Request for
21                                    Judicial Notice and Appendix of Exhibits filed
                                      concurrently herewith]*
22
                                      FILE DATE: July 10, 2020
23                                    TRIAL DATE: Not Set

24

25  / / /

26  / / /

27  / / /

28  / / /

                                    - 1 -        SCHLECHT DECL ISO RESPONSE TO ORDER
                                                            TO SHOW CAUSE

1  I, C. Kendie Schlecht, declare as follows:

2       1.      I am an attorney at law in good standing and duly licensed to practice in the United

3  States District Court for the Eastern District California.  I am an attorney with the law firm of

4  Newmeyer & Dillion LLP, counsel of record for Real Party in Interest, The GEO Group, Inc., in

5  this matter.  Except as stated upon information and belief, I have personal knowledge of the facts

6  set forth in this declaration and, if called as a witness, I could and would testify under oath

7  competently thereto.

8       2.      Attached to the concurrently filed Appendix of Exhibits as Exhibit F is a true and

9  correct copy of relevant excerpts from a publication entitled:  U.S. Immigration and Customs

10  Enforcement, Celebrating the History of ICE (Mar. 1, 2019), https://bit.ly/35Jas68.  This is a

11  publication issued by U.S. Immigration and Customs Enforcement, a public authority.  On July

12  21, 2010, I printed the publication from the official website of the Department of Homeland

13  Security:  https://www.ice.gov/features/history and the attached publication is an accurate

14  reflection of what appeared on the website.

15       3.      Attached to the concurrently filed Appendix of Exhibits as Exhibit H is a true and

16  correct copy of a publication entitled:  Senate Rules Comm., Senate Floor Analyses for SB-29,

17  2017–18 Legislative Session, 1st Sess., at 5 (Cal. May 27, 2017), https://bit.ly/2O9c3eP.  This

18  publication is issued by the California Legislative Information, a website that is maintained by the

19  California Legislative Counsel, a public agency.  On March 11, 2020, I printed this publication

20  from the official California Legislative Information website:

21  https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201720180SB29 and the

22  attached publication is an accurate reflection of what appeared on the website.

23       4.      Attached to the concurrently filed Appendix of Exhibits as Exhibit I is a true and

24  correct copy of a publication entitled:  Assemb. Comm. on Judiciary, Analysis of SB-29, 2017–18

25  Legislative Session, 1st Sess., at 2, 4 (Cal. June 27, 2017), https://bit.ly/2O9c3eP.  This

26  publication is issued by the California Legislative Information, a website that is maintained by the

27  California Legislative Counsel, a public agency.  On March 11, 2020, I printed this publication

28  from the official California Legislative Information website:

SCHLECHT DECL ISO RESPONSE TO ORDER
TO SHOW CAUSE

1    https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201720180SB29 and the

2    attached publication is an accurate reflection of what appeared on the website.

3         5.      Attached to the concurrently filed Appendix of Exhibits as Exhibit K is a true and

4    correct copy of a publication entitled:  Agenda McFarland City Council dated April 23, 2020.

5    This publication is issued by the City of McFarland on a website that is maintained by the City of

6    McFarland, a public agency.  On July 18, 2020, I printed this publication from the official website

7    of the City of McFarland:

8    https://www.mcfarlandcity.org/AgendaCenter/ViewFile/Agenda/_04232020-223 and the attached

9    publication is an accurate reflection of what appeared on the website.

10        6.      Attached to the concurrently filed Appendix of Exhibits as Exhibit L is a true and

11   correct copy of a publication entitled:  Regular City Council Minutes Teleconference/Virtual

12   Meeting dated April 23, 2020.  This publication is issued by the City of McFarland on a website

13   that is maintained by the City of McFarland, a public agency.  On July 18, 2020, I printed this

14   publication from the official website of the City of McFarland:

15   https://www.mcfarlandcity.org/AgendaCenter/ViewFile/Minutes/_04232020-223 and the attached

16   publication is an accurate reflection of what appeared on the website.

17        7.      Attached to the concurrently filed Appendix of Exhibits as Exhibit M is a true and

18   correct copy of a publication entitled:  Executive Department State of California Executive Order

19   N-29-20 signed by Gavin Newsom on March 17 2020.  This publication is issued by the Office of

20   Governor Gavin Newsom on a website maintained by the Office of Governor Gavin Newsom, a

21   public office and/or agency.  On July 18, 2020, I printed this publication from the official website

22   of the Office of Governor Gavin Newsom:    https://www.gov.ca.gov/wp-

23   content/uploads/2020/03/3.17.20-N-29-20-EO.pdf and the attached publication is an accurate

24   reflection of what appeared on the website.

25        8.      Attached to the concurrently filed Appendix of Exhibits as Exhibit P is a true and

26   correct copy of a publication entitled:  UCLA, *UCLA Covid-19 Behind Bars Data Project – Court*

27   *Orders*, https://bit.ly/2YBsFBn.  This publication is issued by the School of Law for the

28   University of California at Los Angeles.  On July 21, 2020, I printed this publication from the

- 3 -

SCHLECHT DECL ISO RESPONSE TO ORDER
TO SHOW CAUSE

1    official website of the UCLA School of Law:  https://law.ucla.edu/academics/centers/criminal-

2    justice-program/ucla-covid-19-behind-bars-data-project/ucla-covid-19 and the attached

3    publication is an accurate reflection of what appeared on the website.

4            9.        Attached to the concurrently filed Appendix of Exhibits as Exhibit Q is a true and

5    correct copy of a publication entitled:  Civil Rights Litigation Clearinghouse, *COVID-19 (novel*

6    *coronavirus)*, https://bit.ly/3dfiVRi.  This publication is issued by the Civil Rights Litigation

7    Clearinghouse at the University of Michigan Law School.  On July 21, 2020, I printed this

8    publication from the official website of the Civil Rights Clearinghouse at the University of

9    Michigan Law School:  https://clearinghouse.net/results.php?searchSpecialCollection=62 and the

10   attached publication is an accurate reflection of what appeared on the website.

11           I declare under penalty of perjury under the laws of the United States of America and the

12   State of California that the foregoing is true and correct.  Executed this 21st day of July, 2020, at

13   Newport Beach, California.

14

15

16                                        */s/ C. Kendie Schlecht* (as authorized on July 21, 2020)
                                              C. Kendie Schlecht

17

18

19

20

21

22

23

24

25

26

27

28

                                     SCHLECHT DECL ISO RESPONSE TO ORDER
                                                        TO SHOW CAUSE

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

*Immigrant Legal Resources Center, et al. v. City of McFarland, et al.*
U.S.D.C. Eastern District of CA Case No. 1:20-cv-00966-TLN-AC

3

4

STATE OF CALIFORNIA                         )
                                                                    )   ss.
COUNTY OF ORANGE                          )

5

6

       I, Chelsea Snow, declare:

7

       I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 895 Dove Street, 5th Floor, Newport Beach, California  92660.  My business e-mail address is Chelsea.Snow@ndlf.com. On July 21, 2020, I served a copy of the within document(s):

8

9

       **DECLARATION OF C. KENDIE SCHLECHT IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**

10

11

☒       **VIA CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING:** I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court – Eastern District of California, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court – Eastern District of California.

12

13

14

15

16

       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2020, at Newport Beach, California.

17

18

19

                                                                          Chelsea Snow

20

21

22

23

24

25

26

27

28

4530.102 / 8853090.1