Charles J. Cooper (*Pro Hac Vice*), DC Bar No. 248070
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com

Michael W. Shonafelt, CBN 186853
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.Shonafelt@ndlf.com

*Attorneys for Real Party in Interest,*
*The GEO Group, Inc.*

NEWMEYER DILLION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IMMIGRANT LEGAL RESOURCE CENTER FREEDOM FOR IMMIGRANTS, et al.

Petitioners,

vs.

CITY OF MCFARLAND, et al.

Respondents,

THE GEO GROUP, INC.,

Real party in interest.

CASE NO: 1:20-CV-00966-TLN-AC

RELATED TO CASE NO.: 2:20-cv-00533-TLN-AC

JUDGE: Hon. Troy L. Nunley

[Originally filed in California Superior Court, County of Kern as Case No. BCV-20-101507]

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**

*[Response to OSC, Declarations of David Venturella, Joseph Smith and C. Kendie Schlecht and Appendix of Exhibits filed concurrently herewith]*

FILE DATE: July 10, 2020
TRIAL DATE: Not Set

The GEO Group, Inc. ("GEO") hereby requests this Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following documents supporting its Response to Order to Show Cause:



| Exh. | Description | Grounds |
|---|---|---|
| 1. | The Agenda for the regularly scheduled meeting of the McFarland City Council on April 23, 2020, a true and correct copy of which is attached to the concurrently filed Appendix of Exhibits as **Exhibit K.**<br><br>This is a publicly available document published on the City of McFarland website, https://www.mcfarlandcity.org/. The exhibit was printed from the official website of the City of McFarland at: https://www.mcfarlandcity.org/AgendaCenter/ViewFile/Agenda/_04232020-223 | Fed. R. Evid. 201(b)(2); *City of Sausalito v. O'Neill*, 386 F.3d 1186, 1223 n.2 (9th Cir. 2004) (judicial notice of public records that are not subject to reasonable dispute). |
| 2. | The approved minutes for the regularly scheduled meeting of the McFarland City Council on April 23, 2020, a true and correct copy of which is attached to the concurrently filed Appendix of Exhibits as **Exhibit L.**<br><br>This is a publicly available document published on the City of McFarland website, https://www.mcfarlandcity.org/. The exhibit was printed from the official website of the City of McFarland at: https://www.mcfarlandcity.org/AgendaCenter/ViewFile/Minutes/_04232020-223 | Fed. R. Evid. 201(b)(2); *City of Sausalito*, 386 F.3d at 1223 n.2 (judicial notice of public records that are not subject to reasonable dispute). |
| 3. | Executive Department State of California Executive Order N-29-20 signed by Governor Gavin Newsom on March 17, | Fed. R. Evid. 201(b)(2); *City of Sausalito*, 386 F.3d at 1223 n.2 |

NEWMEYER DILLION

| | | |
|---|---|---|
| | 2020, a true and correct copy of which is attached to the concurrently filed Appendix of Exhibits as **Exhibit M.**<br><br>This is a publicly available document published on website for the Office of Governor Gavin Newsom, https://www.gov.ca.gov/. The exhibit was printed from the official website of the Office of Governor Gavin Newsom at: https://www.gov.ca.gov/wp-content/uploads/2020/03/3.17.20-N-29-20-EO.pdf | (judicial notice of public records that are not subject to reasonable dispute). |
| 4. | Declaration of Amber Martin filed in support of GEO's motion for a preliminary injunction in the related case entitled, *The GEO Group, Inc. v. Newsom, et. al.*, Case No. 2:20-cv-00533-TLN-AC, as Dkt. 16-2, a true and correct copy of which is attached to the concurrently filed Appendix of Exhibits as **Exhibit G**. | Fed. R. Evid. 201(b)(2); *Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) (judicial notice of declaration filed in related action). |
| 5. | Declaration of Richard Long filed in support of GEO's motion for a preliminary injunction in the related case entitled, *The GEO Group, Inc. v. Newsom, et. al.*, Case No. 2:20-cv-00533-TLN-AC, as Dkt. 16-3, a true and correct copy of which is attached to the concurrently filed Appendix of Exhibits as **Exhibit J**. Further, true and correct copies of the exhibits referenced in the Declaration of Richard Long are attached to the concurrently filed Appendix of Exhibits as **Exhibits A-E**. | Fed. R. Evid. 201(b)(2); *Harris*, 682 F.3d at 1131-32 (judicial notice of declaration filed in related action). |

NEWMEYER DILLION




| | | |
|---|---|---|
| 6. | Order Denying Motion for Temporary Restraining Order dated April 6, 2020 signed by Chief United States District Judge Ricardo S. Martinez, which acknowledges GEO's efforts, stating "there is substantial evidence before the court of robust measures at the Northwest [ICE] Detention Center ["NWDC"] to prevent an outbreak of COVID-19, to contain one should it occur, and generally to provide for the safety of the detainees housed there during the pandemic." In addition, Judge Martinez noted, "the measures implemented by the NWDC generally track the recommendation of the DHS's medical subject matter experts." A true and correct copy of the Order is attached to the concurrently filed Appendix of Exhibits as **Exhibit O**. | Fed. R. Evid. 201(b)(2); *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996) (judicial notice of court orders). |

Dated: July 21, 2020

By: */s/ Michael W. Shonafelt*

Michael W. Shonafelt, CBN 186853
Michael B. McClellan, CBN 241570
C. Kendie Schlecht, CBN 190978
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.Shonafelt@ndlf.com

Charles J. Cooper,* DC Bar No. 248070
Michael W. Kirk,* DC Bar No. 424648
Steven J. Lindsay,* VA Bar No. 92363
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com
*Appearing *Pro Hac Vice*

*Attorneys for Real Party in Interest, The GEO Group, Inc.*

**CERTIFICATE OF SERVICE**

*Immigrant Legal Resources Center, et al. v. City of McFarland, et al.*
U.S.D.C. Eastern District of CA Case No. 1:20-cv-00966-TLN-AC

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I, Chelsea Snow, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, 5th Floor, Newport Beach, California 92660. My business e-mail address is Chelsea.Snow@ndlf.com. On July 21, 2020, I served a copy of the within document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**

☒ **VIA CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING:** I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court – Eastern District of California, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court – Eastern District of California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2020, at Newport Beach, California.

Chelsea Snow

NEWMEYER DILLION