1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER FREEDOM FOR IMMIGRANTS,<br><br>      Petitioners,<br><br>   vs.<br><br>CITY OF MCFARLAND; MCFARLAND PLANNING COMMISSION,<br><br>      Respondents,<br><br>THE GEO GROUP, INC.,<br><br>      Real Party in Interest. | Case No: 1:20-cv-966-TLN-AC<br><br>Assigned to: Hon. Troy L. Nunley<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

On July 14, 2020, the Court granted Petitioners Immigrant Legal Resource Center and Freedom for Immigrants' ("Petitioners") Ex Parte Motion for a Temporary Restraining Order and ordered Respondents City of McFarland and City of McFarland Planning Commission and Real Party in Interest The Geo Group, Inc. to show cause why a preliminary injunction should not issue. ECF No. 8. After reviewing and considering the responses and replies thereto, and good cause appearing therefor, this Court orders as follows:

## **PRELIMINARY INJUNCTION GRANTED**

IT IS ORDERED that, while this action remains pending, Respondents City of McFarland and City of McFarland Planning Commission ARE HEREBY ENJOINED from taking any action to issue, execute, or make effective the modifications to Conditional Use Permits 01-96 and 02-96 approved by the City Council on April 23, 2020 in which the following text was approved for both conditional use permits: "The facility may house Federal inmates and detainees, both male and/or female."

IT IS FURTHER ORDERED that, while this action remains pending, Real Party in Interest Geo Group, Inc. ("GEO"), GEO's employees, agents, assigns, and any other persons acting on GEO's behalf, ARE HEREBY ENJOINED from transferring any detainee into or out of, and accepting any transfer of any detainee into or out of, and housing any detainee at, the Central Valley Modified Community Correctional Facility (254 Taylor Avenue, McFarland, CA 93250) or the Golden State Modified Community Correctional Facility (611 Frontage Road, McFarland, CA 93250) in reliance on the modifications to Conditional Use Permits 01-96 and 02-96 approved by the City Council on April 23, 2020 in which the following text was approved for both conditional use permits: "The facility may house Federal inmates and detainees, both male and/or female."

IT IS FURTHER ORDERED that no bond is required to be posted by Petitioners as a condition for the issuance of this relief.

Dated: _____, 2020     By: _____
                                      UNITED STATES DISTRICT COURT JUDGE