Charles J. Cooper (*Pro Hac Vice*), DC Bar No. 248070
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com

Michael W. Shonafelt, CBN 186853
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.Shonafelt@ndlf.com

*Attorneys for Real Party in Interest,*
*The GEO Group, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER FREEDOM FOR IMMIGRANTS, et al.,<br><br>Petitioners,<br><br>vs.<br><br>CITY OF MCFARLAND, et al.<br><br>Respondents,<br><br>THE GEO GROUP, INC.,<br><br>Real party in interest. | CASE NO: 1:20-CV-00966-TLN-AC<br><br>RELATED TO CASE NO.: 2:20-cv-00533-TLN-AC<br><br>JUDGE: Hon. Troy L. Nunley<br><br>[Originally filed in California Superior Court, County of Kern as Case No. BCV-20-101507]<br><br>**SUPPLEMENTAL DECLARATION OF DAVID J. VENTURELLA IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**<br><br>FILE DATE: July 10, 2020<br>TRIAL DATE: Not Set |

/ / /

/ / /

/ / /

I, David J. Venturella, declare as follows:

1. I am the Senior Vice President, Client Relations, of The GEO Group, Inc. ("GEO"). My duties include responsibility for leading GEO's business development and proposal efforts in response to requests for GEO's contract detention facilities and services, which includes the following agencies: Immigration Customs Enforcement ("ICE"), the Federal Bureau of Prisons, the U.S. Marshals Service and several state correctional clients and various county and city jurisdictions. I am over the age of eighteen (18), and I am competent to testify in this matter. I previously submitted a declaration in support of GEO's response to the order to show cause on July 21, 2020, and I submit this supplemental declaration to update the Court on relevant developments that have occurred since that date. This declaration is based on my personal knowledge in my capacity as the person responsible for proposals at GEO as described herein.

2. GEO has continued to work closely with ICE to limit the spread of the coronavirus in the facilities GEO operates on behalf of ICE. As a direct result of these efforts, ICE and GEO have reduced the transmission of the virus in GEO contracted ICE facilities.

3. One of the most important steps ICE has taken to limit the spread of COVID-19 is to reduce the population within each contracted facility in order to assure social distancing. In all of the facilities that GEO operates for ICE, the population is now below 75% of occupancy and in several facilities, it is under 50% of occupancy. In many cases, ICE has been able to parole detainees in order to reduce occupancy, but it cannot do so in the cases of detainees who pose a danger to the community. As a result, the only way to further reduce occupancy in existing facilities is to bring new facilities online.

4. Accordingly, ICE issued a contract modification activating GEO's Golden State Annex to the Mesa Verde contract to house up to 560 detainees, beginning September 6, 2020. This will further enhance the ability to of detainees to practice social distancing at other ICE facilities. A redacted copy of the contract modification is attached at Exhibit 1 and incorporated by reference.

5.   The additional capacity provided by the Golden State contract modifications substantially reduces the risk of COVID-19 transmission and positively impacts the health and safety of detainees by enabling ICE to further reduce the population at other facilities.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 10th of August, 2020, in Boca Raton, Florida.


David J. Venturella



VENTURELLA DECL. ISO RESPONSE TO ORDER TO SHOW CAUSE

# EXHIBIT 1

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
|  | 1 / 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | See Block 16C | n/a | |

**6. ISSUED BY** CODE: ICE/DM/DC-LAGUNA

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Laguna Niguel CA 92677

**7. ADMINISTERED BY** (If other than Item 6) CODE:

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

GEO GROUP INC THE
ATTN AMBER MARTIN
4955 TECHNOLOGY WAY
BOCA RATON FL 334313367

CODE: 6127064650000   FACILITY CODE:

(x) **9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED** (SEE ITEM 11)

(x) **10A. MODIFICATION OF CONTRACT/ORDER NO.**
70CDCR20D00000008

**10B. DATED** (SEE ITEM 13)
12/19/2019

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
none

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority) Bilateral - Mutual Agreement of Both Parties | |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 612706465
NAICS Code: 561612; PSC: S206

Contracting Officer's Representative (COR): ███████████
███████████

This modification is to change the following at no cost to either party:

1) To change CLIN 0001A Golden State Transition period fixed rate at ████████ per month to ████████ for the period from June 20, 2020 through September 5, 2020.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Amber D. Martin - EVP, Contract Administration | ███████████ |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | 8-7-2020 | *(Signature of Contracting Officer)* | 08/07/2020 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 2) To change CLIN 0003A - Golden State Guarantee Minimum (GM) from August 20, 2020 to September 6, 2020.<br><br>LIST OF CHANGES:<br>Reason for Modification: Other Administrative Action<br>Total Amount for this Modification: $0.00<br>Total Amount for this Award: $0.00<br><br>CHANGES FOR LINE ITEM 0003A - Golden State Bed Detention Services<br>Guaranteed Minimum (1-560 beds)<br><br>FROM:<br>Period of Performance and Rates as follows:<br>08/20/2020-12/19/2020 (68,320 Beds)<br>12/20/2020-12/19/2021 (204,400 Beds)<br>12/20/2021-12/19/2022 (204,400 Beds)<br>12/20/2022-12/19/2023 (204,400 Beds)<br>12/20/2023-12/19/2024 (204,960 Beds)<br><br>TO:<br>Period of Performance and Rates as follows:<br>09/06/2020-12/19/2020 (58,800 Beds)<br>12/20/2020-12/19/2021 (204,400 Beds)<br>12/20/2021-12/19/2022 (204,400 Beds)<br>12/20/2022-12/19/2023 (204,400 Beds)<br>12/20/2023-12/19/2024 (204,960 Beds)<br><br>Period of Performance: 12/20/2019 to 12/19/2034<br><br>Change Item 0003A to read as follows(amount shown is the obligated amount): | | | | |
| 0003A | Golden State Bed Detention Services<br>Guaranteed Minimum<br>(1-560 beds)<br><br>Period of Performance and Rates as follows:<br>09/06/2020-12/19/2020 (68,320 Beds)<br>12/20/2020-12/19/2021 (204,400 Beds)<br>12/20/2021-12/19/2022 (204,400 Beds)<br>12/20/2022-12/19/2023 (204,400 Beds)<br>12/20/2023-12/19/2024 (204,960 Beds)<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000008/P00003 | PAGE 3 | OF 3 |
|---|---|---|---|

Case 1:20-cv-00966-TLN-AC   Document 25   Filed 08/10/20   Page 7 of 8

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Description: HOUSEKEEPING- GUARD<br><br>All IDIQ terms and conditions remain the same and flow down to the Task Orders. | | | | |

# CERTIFICATE OF SERVICE

*Immigrant Legal Resources Center, et al. v. City of McFarland, et al.*
U.S.D.C. Eastern District of CA Case No. 1:20-cv-00966-TLN-AC

STATE OF CALIFORNIA   )
                                            ) ss.
COUNTY OF ORANGE  )

I, Chelsea Snow, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, 5th Floor, Newport Beach, California 92660. My business e-mail address is Chelsea.Snow@ndlf.com. On August 10, 2020, I served a copy of the within document(s):

**SUPPLEMENTAL DECLARATION OF DAVID J. VENTURELLA IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**

☒ **VIA CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING:** I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court – Eastern District of California, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court – Eastern District of California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2020, at Newport Beach, California.

Chelsea Snow

4530.102 / 8853090.1