1   Charles J. Cooper (*Pro Hac Vice*), DC Bar No. 248070
COOPER & KIRK, PLLC
2   1523 New Hampshire Avenue, NW
Washington, DC 20036
3   Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com
4
Michael W. Shonafelt, CBN 186853
5   NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
6   Newport Beach, CA 92660
Telephone: (949) 854-7000
7   Email: Michael.Shonafelt@ndlf.com

8   *Attorneys for Real Party in Interest,*
*The GEO Group, Inc.*
9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13   IMMIGRANT LEGAL RESOURCE          CASE NO: 1:20-cv-00966-TLN-AC
     CENTER, et al.,
14                                      RELATED TO CASE NO.: 2:20-cv-00533-TLN-AC
                   Petitioners,
15                                      JUDGE: Hon. Troy L. Nunley
     vs.
16                                      [Originally filed in California Superior Court,
     CITY OF MCFARLAND, et al.          County of Kern as Case No. BCV-20-101507]
17
                   Respondents,
18                                      ***EX PARTE* APPLICATION OF THE GEO**
     THE GEO GROUP, INC.,               **GROUP, INC. TO SHORTEN TIME TO**
19                                      **HEAR ITS MOTION FOR STAY PENDING**
                   Real party in interest.   **THE OUTCOME OF APPEAL**
20
                                        **[Civil L.R. 144(e)]**
21
                                        *(Declaration of Michael W. Shonafelt filed*
22                                      *concurrently herewith; Proposed Order lodged*
                                        *concurrently herewith)*
23

24                                      FILE DATE: July 10, 2020
                                        TRIAL DATE: Not Set
25

26   / / /

27   / / /

28   / / /

- 1 -          *EX PARTE* APP TO SHORTEN TIME RE MTN
               FOR STAY PENDING OUTCOME OF APPEAL

1    Real Party in Interest The GEO Group, Inc. ("GEO") brings this *ex parte* application to: (1)

2  shorten time to hear its concurrently filed Motion for Stay Pending the Outcome of Appeal

3  ("Motion") by **August 21, 2020**; and (2) respectfully request that the Court rule upon the Motion

4  by August 21, 2020, for the following reasons:

5    • GEO filed its Notice of Appeal on August 11, 2020 [ECF No. 28];

6    • The United States Court of Appeal for the Ninth Circuit was notified on August 12, 2010

7      [ECF No. 29, 29-1];

8    • Concurrently with this *ex parte* application, GEO has filed the Motion, the hearing of

9      which has been set for September 17, 2020 in accordance with Civil L.R. 230(b);

10   • GEO will be prejudiced and suffer irreparable harm if the Motion is not heard and ruled

11     upon by August 21, 2020 for the following reasons:

12       1.   GEO and the Federal Government face imminent harm on September 6, 2020,

13  when the recent contract modification dictates that U.S. Immigration and Customs Enforcement

14  ("ICE") plans to transfer more than 500 detainees from other facilities to the Golden State Annex.

15       2.   As explained in the Supplemental Declaration of David J. Venturella in Support of

16  Response to Order to Show Cause (ECF No. 25), it is essential that these detainees be transferred

17  to slow the spread of COVID-19.

18       3.   Given September 6, 2020 impending deadline, the Ninth Circuit will require a

19  reasonable amount of time (i.e., two weeks) to consider the request.

20  Declaration of Michael B. Shonafelt, ¶2.

21   • GEO proposes the following schedule:

22       o   August 20, 2021:  Plaintiffs to file and serve their response to the Motion;

23       o   August 21, 2020:  Receipt of the Court's ruling on the Motion, with a

24           memorandum opinion to follow, if appropriate.

25

26

27

28

*EX PARTE* APP TO SHORTEN TIME RE MTN
FOR STAY PENDING OUTCOME OF APPEAL

1 | Dated:        August 13, 2020

2 | By:   /s/ Michael W. Shonafelt

3 | Michael W. Shonafelt, CBN 186853
Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP

4 | 895 Dove Street, Fifth Floor
Newport Beach, CA  92660

5 | Telephone:  (949) 854-7000
Email: Michael.Shonafelt@ndlf.com

6 |

7 | Charles J. Cooper,* DC Bar No. 248070
Michael W. Kirk,* DC Bar No. 424648
Steven J. Lindsay,* VA Bar No. 92363

8 | COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW

9 | Washington, DC 20036
Telephone: (202) 220-9600

10 | Email: ccooper@cooperkirk.com
*Appearing *Pro Hac Vice*

11 |

12 | *Attorneys for Real Party in Interest,*
*The GEO Group, Inc.*



*EX PARTE* APP TO SHORTEN TIME RE MTN
FOR STAY PENDING OUTCOME OF APPEAL

## CERTIFICATE OF SERVICE

*Immigrant Legal Resources Center, et al. v. City of McFarland, et al.*
U.S.D.C. Eastern District of CA Case No. 1:20-cv-00966-TLN-AC

STATE OF CALIFORNIA            )
                               )   ss.
COUNTY OF ORANGE               )

  I, Chelsea Snow, declare:

  I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 895 Dove Street, 5th Floor, Newport Beach, California  92660.  My business e-mail address is Chelsea.Snow@ndlf.com.  On August 13, 2020, I served a copy of the within document(s):

   *EX PARTE* **APPLICATION OF THE GEO GROUP, INC. TO SHORTEN TIME TO HEAR ITS MOTION FOR STAY PENDING THE OUTCOME OF APPEAL**

☒ **VIA CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING:** I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court – Eastern District of California, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court – Eastern District of California.

  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2020, at Newport Beach, California.

                Chelsea Snow

4530.102 / 8853090.1