UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER FREEDOM FOR IMMIGRANTS, et al. | CASE NO: 1:20-cv-00966-TLN-AC |
| Petitioners, | RELATED TO CASE NO.: 2:20-cv-00533-TLN-AC |
| | JUDGE: Hon. Troy L. Nunley |
| vs. | [Originally filed in California Superior Court, County of Kern as Case No. BCV-20-101507] |
| CITY OF MCFARLAND, et al. | |
| Respondents, | **[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME TO HEAR ITS MOTION FOR STAY PENDING THE OUTCOME OF APPEAL** |
| THE GEO GROUP, INC., | |
| Real party in interest. | |

After full consideration of the evidence and papers submitted, as well as upon the affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order of the Court,

IT IS HEREBY ORDERED that The GEO Group, Inc.'s ("GEO") *ex parte* application to shorten time to hear its motion for stay pending the outcome of appeal is GRANTED.

The hearing date of GEO's motion for stay pending the outcome of appeal ("Motion") is hereby set for August 21, 2020 at _____ a.m./p.m. before Hon. Troy L. Nunley in Courtroom 2, 15th floor.

[PROP.] ORDER RE *EX PARTE* APPLICATION TO SHORTEN TIME RE MTN FOR STAY

Any opposition to GEO's Motion must be filed by August 20, 2020.

**IT IS SO ORDERED.**

Dated:_____                    _____

United States District Judge

[PROP.] ORDER RE *EX PARTE* APPLICATION
TO SHORTEN TIME RE MTN FOR STAY

## CERTIFICATE OF SERVICE

*Immigrant Legal Resources Center, et al. v. City of McFarland, et al.*
U.S.D.C. Eastern District of CA Case No. 1:20-cv-00966-TLN-AC

STATE OF CALIFORNIA           )

                                         )   ss.

COUNTY OF ORANGE           )

I, Chelsea Snow, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, 5th Floor, Newport Beach, California 92660. My business e-mail address is Chelsea.Snow@ndlf.com. On August 13, 2020, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING THE GEO GROUP, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME TO HEAR ITS MOTION FOR STAY PENDING THE OUTCOME OF APPEAL**

☒ **VIA CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING:** I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court – Eastern District of California, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court – Eastern District of California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2020, at Newport Beach, California.

                                                         Chelsea Snow